**UNDER SEAL**

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

FILED
CHARLOTTE, NC
JUN 20 2017
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:17cr169-MOC |
| | ) | |
| v. | ) | **ORDER TO SEAL INDICTMENT** |
| | ) | |
| ALEXSANDERA NYKOLE MOBLEY | ) | |

**UPON MOTION** of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an Order directing that the Government's Motion to Seal, this Order to Seal and Indictment be sealed in order to protect the secrecy of an on-going nature investigation and to prevent any attempt by the defendant to flee from prosecution in this case, and that same remain sealed until further Order of this Court or upon the defendant's arrest,

**IT IS HEREBY ORDERED** that the Motion to Seal, this Order to Seal and the Indictment shall be sealed until further Order of this Court, or upon the defendant's arrest.

**DONE AND ORDERED** this 20 day of June, 2017.

*[signature]*
U.S. Magistrate Judge